**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>AMBER NELSON, NATALIE JEAN, MACKENZIE JOY BRENNAN, HENRY ZEBROWSKI, BEN KISSEL, MARCUS PARKS, ED LARSON, RYAN CONNER, **and** LAST PODCAST NETWORK, LLC.<br><br>DEFENDANTS. | Case No: 2:25-cv-09275-DMG-E<br><br>SUPPLEMENTAL DECLARATION OF PLAINTIFFS DUSTY BUTTON AND MITCHELL TAYLOR BUTTON IN SUPPORT OF REQUEST FOR LEAVE TO FILE SHORT SUR-REPLY |

We, Dusty Button and Mitchell Taylor Button, declare as follows:

1. We are Plaintiffs in this action. We submit this supplemental declaration in support of Plaintiffs' Request for Leave to File a Short Sur-Reply Limited to New Matters Raised in Defendant Brennan's Reply and Supplemental Declaration. We have personal knowledge of the facts stated herein and could testify competently to them if called as witnesses.
2. Defendant Brennan's Supplemental Declaration identifies her Instagram account as @mkzjoybrennan and states that she reviewed her own Instagram account records.
3. Plaintiffs attempted to access Defendant Brennan's Instagram account once again at https://www.instagram.com/mkzjoybrennan/ on September 1, 2026.
4. Attached as Exhibit 1 is a true and correct copy of a screenshot taken on September 1, 2026, showing Plaintiffs' attempt to access Defendant Brennan's Instagram account at https://www.instagram.com/mkzjoybrennan/. Instagram displayed the message: "Sorry, this page isn't available. The link you followed may be broken, or the page may have been removed." The screenshot also shows the file information reflecting that the screenshot was created on September 1, 2026.

5. Plaintiffs believed Brennan's Instagram account had been deleted or was otherwise unavailable because Plaintiffs were unable to access it and Instagram displayed that page-unavailable message.

6. Plaintiffs submit this declaration only to address new factual inferences raised in Brennan's Reply and Supplemental Declaration regarding Instagram access, delayed discovery, and Brennan's account.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2026.

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the ECF system for the Central District of California on September 1st, 2026 and delivered to Defendant through ECF on September 1st, 2026.

Dated this 1st day of September, 2026,

/s/______________________________

Signature of Plaintiff Dusty Button (*Pro se*)

/s/______________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se)*