EXHIBIT 1

September 1, 2026 Screenshot Showing Plaintiffs' Attempt to Access @mkzjoybrennan Instagram Account


Finder File Edit View Go Window Help
20% Tue Sep 1 7:19 PM
Screenshot 2026-09-01 at 7.18.12 PM Info
Screenshot 2026-09-01 at 7.18.12 PM
225 KB
Modified: Today, 7:18 PM
Add Tags...
General:
Kind: PNG image
Size: 225,441 bytes (229 KB on disk)
Where: Macintosh HD ▸ Users ▸ [redacted] ▸ Desktop
Created: Tuesday, September 1, 2026 at 7:18 PM
Modified: Tuesday, September 1, 2026 at 7:18 PM
Stationery pad
Locked
More Info:
Last opened: Tuesday, September 1, 2026 at 7:19 PM
Dimensions: 2404×1741
Color space: RGB
Color profile: Display P3
Alpha channel: Yes
Name & Extension:
Screenshot 2026-09-01 at 7.18.12 PM.png
Hide extension
Comments:
Open with:
Preview (default)
Use this application to open all documents like this one.
Change All...
Preview:
Sorry, this page isn't available.
Search
Aa
https://www.instagram.com/mkzjoybrennan/
Sorry, this page isn't available.
The link you followed may be broken, or the page may have been removed. Go back to Instagram.
API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified
English © 2026 Instagram from Meta
Messages