**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>AMBER NELSON, NATALIE JEAN, MACKENZIE JOY BRENNAN, HENRY ZEBROWSKI, BEN KISSEL, MARCUS PARKS, ED LARSON, RYAN CONNER, **and** LAST PODCAST NETWORK, LLC.<br><br>DEFENDANTS. | Case No: 2:25-cv-09275-DMG-E<br><br>PLAINTIFFS' MOTION TO APPEAR REMOTELY FOR THE SEPTEMBER 18TH, 2026 HEARING |

Plaintiffs Dusty Button and Mitchell Taylor Button, appearing pro se, respectfully request permission to appear by video conference for the September 18, 2026 hearing on Defendant Mackenzie Joy Brennan's Motion to Dismiss Plaintiffs' First Amended Complaint. The hearing is set for 9:30 a.m. in Courtroom 8C before the Honorable Dolly M. Gee.

This request is made under the Court's published procedures governing telephonic and video appearances. Those procedures permit a video appearance for oral argument on a motion upon a showing that a personal appearance would cause undue hardship. Plaintiffs are not asking to appear remotely as a matter of preference or convenience. They have no money or financial resources available to travel from South Carolina to Los Angeles. An in-person appearance is financially impossible. Without permission to appear by video, Plaintiffs will be unable to attend the hearing and present oral argument in their own case.

Executed this 10th day of September, 2026

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of Southern District of California's electronic filing system on September 10th, 2026 and sent to all parties registered on ECF.

Respectfully submitted,

Mitchell Taylor Button and Dusty Button (pro se)