**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>AMBER NELSON, NATALIE JEAN, MACKENZIE JOY BRENNAN, HENRY ZEBROWSKI, BEN KISSEL, MARCUS PARKS, ED LARSON, RYAN CONNER, **and** LAST PODCAST NETWORK, LLC.<br><br>DEFENDANTS. | Case No: 2:25-cv-09275-DMG-E<br><br>PLAINTIFFS' STATUS REPORT REGARDING SERVICE AND REQUEST TO EXTEND THE SERVICE DEADLINE |

Plaintiffs Dusty Button and Mitchell Taylor Button submit this status report concerning court-authorized service by the United States Marshals Service (USMS) and respectfully request that the Court extend the October 5, 2026 service deadline through December 4, 2026, or another appropriate date, under Federal Rule of Civil Procedure 4(m).

1. On August 7, 2026, the Court granted USMS service except as to Mackenzie Joy Brennan, whose service the Court found complete. The Court extended the service deadline to October 5, 2026. Dkt. 22. Plaintiffs acknowledge that this deadline has passed.
2. Plaintiffs previously sent waiver requests by email on two occasions and filed a status report concerning their waiver efforts on July 25, 2026. Dkt. 19. Brennan's executed waiver was filed on July 26, 2026. Dkt. 20.
3. To the best of Plaintiffs' present recollection, they mailed the USMS service packets on or about September 16, 2026. The USPS record shows delivery to the front desk, reception area, or mail room at the listed USMS destination on September 21, 2026, at 4:06 p.m. The destination was 350 W. 1st Street, Suite 3001, Los Angeles, California

90012-4545. Exhibit B documents delivery of the shipment containing the service documents, not service upon defendants.

4. The copy of the USM-285 for Last Podcast Network, LLC is dated September 8, 2026. It designates Last Podcast Network, LLC, c/o CSC - Lawyers Incorporating Service, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833. Its USMS acknowledgment and return sections are blank. Exhibit C.

5. On October 6, 2026, Plaintiffs received CSC's letter dated September 30, 2026, entitled "Rejection of Service of Process," concerning Last Podcast Network, LLC. CSC stated that the papers could not be forwarded for the entity-registration and agent-authorization reasons set out in the letter. Exhibit A. Plaintiffs do not represent that the letter establishes the correct agent or the outcome of any other service attempt.

6. On October 6, 2026, Plaintiffs spoke with a USMS representative who said USMS would file its service documentation with the Court and that she needed to update its case records by October 7, 2026. She indicated that she believed the other defendants had not been served

but could not definitively confirm their status during the call. The representative also stated that CSC rejection letters were a regular occurrence. Plaintiffs report that statement as part of the conversation, not as confirmation that CSC was authorized to accept service for Last Podcast Network, LLC.

7. Apart from Brennan, Plaintiffs cannot presently confirm which defendants have been served. This report describes the information available to Plaintiffs as of October 6, 2026. Plaintiffs understand that a USMS administrative update does not extend the Court's service deadline.

8. Plaintiffs submit the accompanying declaration and Exhibits A-C to document their efforts and the current uncertainty. They request additional time to clarify the USMS service results, verify any necessary corrected service information, and complete service upon defendants whose service remains outstanding.

9. Rule 4(m) permits the Court to allow additional time for service and requires an appropriate extension upon a showing of good cause. Plaintiffs request an extension for good cause based on the

circumstances described above or, alternatively, in the Court's discretion. Plaintiffs understand that mailing the packets did not itself complete service or extend the deadline and that an extension requires a Court order.

For these reasons, Plaintiffs respectfully request that the Court extend the October 5, 2026 service deadline through December 4, 2026, or another date the Court considers appropriate. This request concerns defendants whose service remains outstanding and does not seek to alter the Court's determination that service is complete as to Brennan.

Dated this 6th day of October, 2026

Mitchell Taylor Button and Dusty Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the District Court of Southern District of California's electronic filing system on October 6th, 2026 and sent to all parties registered on ECF.

Respectfully submitted,



Mitchell Taylor Button and Dusty Button (pro se)